# Exhibit 9a

| Alcatel Mobile (TCL) Smartphones and Tablets (hereinafter Mobile Devices) - See product list at end of chart for models Infringement of the '527 patent ||
|---|---|
| **Claim 8** | **Evidence** |
| 8. A method for interfacing analog/digital converting means and JPEG compression means, said JPEG compression means having a built-in memory device, comprising the steps of: | The Alcatel Mobile Device provides an analog/digital converting means and JPEG compression means. The JPEG compression means has a built-in memory device.<br><br>For example, the Alcatel Mobile Device supports the encoding of images into JPEG compressed media. As part of an image capturing subsystem, the Mobile Device has an analog/digital convertor for converting analog image data to digital image data. The image data is organized into frames comprised of rows (lines) and columns corresponding to an array of sensors in an image sensor of the image capturing subsystem. As part of an image processing subsystem, the Mobile Device has a JPEG encoding function with buffer memory for encoding the digital image data into JPEG compressed media. |
| (8.1) sequentially reading a predetermined number of image lines from the image data output of said analog/digital converting means; | The Alcatel Mobile Device sequentially reads a predetermined number of image lines from the image data output of the analog/digital converting means.<br><br>For example, the image processing subsystem of the Alcatel Mobile Device reads a frame of image data, sequentially line-by-line, from the image capturing subsystem. |
| (8.2) storing said predetermined number of image lines in memory means, said memory means | The Alcatel Mobile Device stores the predetermined number of image lines in memory means. The memory means is capable of storing the same number of image lines as the built-in memory device. |

| | |
|---|---|
| capable of storing the same number of image lines as said built-in memory device; and | For example, the image processing subsystem of the Alcatel Mobile Device stores the image data in a local memory, the local memory is capable of storing at least the same number of lines of data from the frame as the buffer memory. |
| (8.3) sequentially reading a predetermined size of image block from said memory means to said built-in memory device when said image data output is determined to be compressed. | The Alcatel Mobile Device sequentially reads a predetermined size of image block from the memory means to the built-in memory device when the image data output is determined to be compressed. For example, when digital image data is to be encoded into JPEG compressed media, the image processing subsystem of the Alcatel Mobile Device reads the frame (or subset of a frame) from the local memory into the buffer memory so that the JPEG encoding function can perform JPEG encoding thereon. |

**Product List**

**Smartphones:**
Alcatel 1S 2019 Dual SIM LTE LATAM 5024J (TCL 5024)
Alcatel One Touch Pop 4 Plus Dual SIM LTE AM 5056E / Pop 4+ (TCL 5056)
Alcatel Onyx LTE US 5008R (TCL 5008)
Alcatel Tetra LTE US 5041C (TCL 5041)
Alcatel LX LTE NA / TracFone LX (TCL A502DL)
Alcatel One Touch Idol 5 LTE US 6060C (TCL Simba6)
Alcatel 7 LTE AM 6062W (TCL 6062)
Alcatel 1X LTE NA 5059A (TCL AU5A Plus)
Alcatel 3V LTE AM 5099A (TCL A3A XL 4G)
Alcatel 5 Dual SIM LTE AM 5086A (TCL A5A Infinity)
Alcatel One Touch Pixi Unite A466BG

Alcatel Verso LTE
Alcatel A5 LED Dual LTE 5085N
Alcatel A30 Fierce LTE 5049Z
Alcatel A30 Plus LTE 5049S
Alcatel A50 LTE 5085G
Alcatel One Touch Idol 5S TD-LTE AM 6060S (TCL Simba6)
Alcatel PULSEMIX LTE
Alcatel One Touch Idol 4S with Windows 10 6071w
Alcatel One Touch Ideal LTE NA 4060A
Alcatel One Touch Idol 4 LTE 6055U
Alcatel One Touch Fierce XL LTE Windows 10
Alcatel One Touch Pixi 4 6.0 LTE NA 9001A 16GB / Pixi Theatre

**Tablets:**

Alcatel 3T 8 Tablet 4G LTE US 9027W (TCL 9027)
Alcatel A30 Tablet 4G LTE 9024W

**References**

[1] Alcatel 1S 2019 Dual SIM LTE LATAM 5024J (TCL 5024) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=17004&c=alcatel_1s_2019_dual_sim_lte_latam_5024j__tcl_5024&d=detailed_specs

[2] Alcatel One Touch Pop 4 Plus Dual SIM LTE AM 5056E / Pop 4+ (TCL 5056) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=16983&c=alcatel_one_touch_pop_4_plus_dual_sim_lte_am_5056e__pop_4plus__tcl_5056&d=detailed_specs

[3] Alcatel Onyx LTE US 5008R (TCL 5008) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14767&c=alcatel_onyx_lte_us_5008r__tcl_5008&d=detailed_specs

[4] Alcatel Tetra LTE US 5041C (TCL 5041) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14622&c=alcatel_tetra_lte_us_5041c__tcl_5041&d=detailed_specs

[5] Alcatel LX LTE NA / TracFone LX (TCL A502DL) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14608&c=alcatel_lx_lte_na__tracfone_lx__tcl_a502dl&d=detailed_specs

[6] Alcatel One Touch Idol 5 LTE US 6060C (TCL Simba6) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14197&c=alcatel_one_touch_idol_5_lte_us_6060c__tcl_simba6&d=detailed_specs

[7] Alcatel 7 LTE AM 6062W (TCL 6062) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13925&c=alcatel_7_lte_am_6062w__tcl_6062&d=detailed_specs

[8] Alcatel 1X LTE NA 5059A (TCL AU5A Plus) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13468&c=alcatel_1x_lte_na_5059a__tcl_au5a_plus&d=detailed_specs

[9] Alcatel 3V LTE AM 5099A (TCL A3A XL 4G) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13429&c=alcatel_3v_lte_am_5099a__tcl_a3a_xl_4g&d=detailed_specs

[10] Alcatel 5 Dual SIM LTE AM 5086A (TCL A5A Infinity) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13129&c=alcatel_5_dual_sim_lte_am_5086a__tcl_a5a_infinity&d=detailed_specs

[11] Alcatel One Touch Pixi Unite A466BG Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13017&c=alcatel_one_touch_pixi_unite_a466bg&d=detailed_specs

[12] Alcatel Verso LTE Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=12850&c=alcatel_verso_lte&d=detailed_specs

[13] Alcatel A5 LED Dual LTE 5085N Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=12333&c=alcatel_a5_led_dual_lte_5085n&d=detailed_specs

[14] Alcatel A30 Fierce LTE 5049Z Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=12096&c=alcatel_a30_fierce_lte_5049z&d=detailed_specs

[15] Alcatel A30 Plus LTE 5049S Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11914&c=alcatel_a30_plus_lte_5049s&d=detailed_specs

[16] Alcatel A50 LTE 5085G Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11913&c=alcatel_a50_lte_5085g&d=detailed_specs

[17] Alcatel One Touch Idol 5S TD-LTE AM 6060S (TCL Simba6) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11906&c=alcatel_one_touch_idol_5s_td-lte_am_6060s__tcl_simba6&d=detailed_specs

[18] Alcatel PULSEMIX LTE Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11837&c=alcatel_pulsemix_lte&d=detailed_specs

[19] Alcatel One Touch Idol 4S with Windows 10 6071w Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=10944&c=alcatel_one_touch_idol_4s_with_windows_10_6071w&d=detailed_specs

[20] Alcatel One Touch Ideal LTE NA 4060A Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=10747&c=alcatel_one_touch_ideal_lte_na_4060a&d=detailed_specs

[21] Alcatel One Touch Idol 4 LTE 6055U Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=10542&c=alcatel_one_touch_idol_4_lte_6055u&d=detailed_specs

[22] Alcatel One Touch Fierce XL LTE Windows 10 Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=9763&c=alcatel_one_touch_fierce_xl_lte_windows_10&d=detailed_specs

[23] Alcatel One Touch Pixi 4 6.0 LTE NA 9001A 16GB / Pixi Theatre Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=9617&c=alcatel_one_touch_pixi_4_6.0_lte_na_9001a_16gb__pixi_theatre&d=detailed_specs

[24] Alcatel 3T 8 Tablet 4G LTE US 9027W (TCL 9027) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14443&c=alcatel_3t_8_tablet_4g_lte_us_9027w__tcl_9027&d=detailed_specs

[25] Alcatel A30 Tablet 4G LTE 9024W Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11489&c=alcatel_a30_tablet_4g_lte_9024w&d=detailed_specs