# Exhibit 9b

| Blackberry Mobile (TCL) Smartphones (See product list at end of chart for models) ||
|---|---|
| Infringement of the '527 patent ||
| **Claim 8** | **Evidence** |
| 8. A method for interfacing analog/digital converting means and JPEG compression means, said JPEG compression means having a built-in memory device, comprising the steps of: | The Blackberry Smartphone provides an analog/digital converting means and JPEG compression means. The JPEG compression means has a built-in memory device.<br><br>For example, the Blackberry Smartphone supports the encoding of images into JPEG compressed media. As part of an image capturing subsystem, the Mobile Device has an analog/digital convertor for converting analog image data to digital image data. The image data is organized into frames comprised of rows (lines) and columns corresponding to an array of sensors in an image sensor of the image capturing subsystem. As part of an image processing subsystem, the Mobile Device has a JPEG encoding function with buffer memory for encoding the digital image data into JPEG compressed media. |
| (8.1) sequentially reading a predetermined number of image lines from the image data output of said analog/digital converting means; | The Blackberry Smartphone sequentially reads a predetermined number of image lines from the image data output of the analog/digital converting means.<br><br>For example, the image processing subsystem of the Blackberry Smartphone reads a frame of image data, sequentially line-by-line, from the image capturing subsystem. |
| (8.2) storing said predetermined number of image lines in memory means, said memory means capable of storing the same number of image lines as said built-in memory device; and | The Blackberry Smartphone stores the predetermined number of image lines in memory means. The memory means is capable of storing the same number of image lines as the built-in memory device.<br><br>For example, the image processing subsystem of the Blackberry Smartphone stores the image data in a local memory, the local memory is capable of storing at least the same number of lines of data from the frame as the buffer memory. |
| (8.3) sequentially reading a predetermined size of image block from said memory means to said built-in | The Blackberry Smartphone sequentially reads a predetermined size of image block from the memory means to the built-in memory device when the image data output is determined to be compressed. |

| | |
|---|---|
| memory device when said image data output is determined to be compressed. | For example, when digital image data is to be encoded into JPEG compressed media, the image processing subsystem of the Blackberry Smartphone reads the frame (or subset of a frame) from the local memory into the buffer memory so that the JPEG encoding function can perform JPEG encoding thereon. |

**Product List**

Blackberry KEY2 BBF100-2 (TCL Athena)
Blackberry KEY2 BBE100-5 (TCL Athena)
Blackberry KEY2 BBE100-2 (TCL Luna)
Blackberry Motion BBD100-2 (TCL Luna)
Blackberry KEYone BBB100-1 (TCL Mercury)
Blackberry KEYone BBB100-3 (TCL Mercury)
Blackberry DTEK60 BBA100-1 (Argon)
Blackberry CTEK50 STH100-1 (RIM Hamburg)
Blackberry Priv STV100-2 (RIM Venice)

**References**

 [1] RIM BlackBerry KEY2 Red Edition BBF100-2 TD-LTE AM 128GB (TCL Athena) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=15059&c=rim_blackberry_key2_red_eition_bbf100-2_td-lte_am_128gb__tcl_athena&d=detailed_specs

[2] RIM BlackBerry KEY2 LE BBE100-5 Dual SIM TD-LTE NA 64GB (TCL Luna) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13993&c=rim_blackberry_key2_le_bbe100-5_dual_sim_td-lte_na_64gb__tcl_luna&d=detailed_specs

[3] RIM BlackBerry KEY2 LE BBE100-2 TD-LTE AM 32GB (TCL Luna) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13872&c=rim_blackberry_key2_le_bbe100-2_td-lte_am_32gb__tcl_luna&d=detailed_specs

[4] RIM BlackBerry Motion LTE-A AM BBD100-2 (TCL Krypton) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=12317&c=rim_blackberry_motion_lte-a_am_bbd100-2__tcl_krypton&d=detailed_specs

[5] RIM BlackBerry KEYone Black Edition BBB100-1 TD-LTE US V1 AM APAC 64GB (TCL Mercury) Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=12217&c=rim_blackberry_keyone_black_edition_bbb100-1_td-lte_us_v1_am_apac_64gb__tcl_mercury&d=detailed_specs

[6] RIM BlackBerry KEYone BBB100-3 TD-LTE US V2 32GB (TCL Mercury) Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=11292&c=rim_blackberry_keyone_bbb100-3_td-lte_us_v2_32gb__tcl_mercury&d=detailed_specs

[7] RIM BlackBerry DTEK60 LTE-A AM BBA100-1 / Argon Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=10710&c=rim_blackberry_dtek60_lte-a_am_bba100-1__argon&d=detailed_specs

[8] RIM BlackBerry DTEK50 LTE AM STH100-1 (RIM Hamburg) Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=10478&c=rim_blackberry_dtek50_lte_am_sth100-1__rim_hamburg&d=detailed_specs

[9] RIM BlackBerry Priv STV100-2 XLTE (RIM Venice) Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=9517&c=rim_blackberry_priv_stv100-2_xlte__rim_venice&d=detailed_specs