# Exhibit 9c

| TCL Mobile Devices (includes models TCL Palm Phone and TCL Trek HD Tablet) ||
|---|---|
| Infringement of the '527 patent ||
| **Claim 8** | **Evidence** |
| 8. A method for interfacing analog/digital converting means and JPEG compression means, said JPEG compression means having a built-in memory device, comprising the steps of: | The TCL Mobile Device provides an analog/digital converting means and JPEG compression means. The JPEG compression means has a built-in memory device.<br><br>For example, the TCL Mobile Device supports the encoding of images into JPEG compressed media. As part of an image capturing subsystem, the Mobile Device has an analog/digital convertor for converting analog image data to digital image data. The image data is organized into frames comprised of rows (lines) and columns corresponding to an array of sensors in an image sensor of the image capturing subsystem. As part of an image processing subsystem, the Mobile Device has a JPEG encoding function with buffer memory for encoding the digital image data into JPEG compressed media. |
| (8.1) sequentially reading a predetermined number of image lines from the image data output of said analog/digital converting means; | The TCL Mobile Device sequentially reads a predetermined number of image lines from the image data output of the analog/digital converting means.<br><br>For example, the image processing subsystem of the TCL Mobile Device reads a frame of image data, sequentially line-by-line, from the image capturing subsystem. |
| (8.2) storing said predetermined number of image lines in memory means, said memory means capable of storing the same number of image lines as said built-in memory device; and | The TCL Mobile Device stores the predetermined number of image lines in memory means. The memory means is capable of storing the same number of image lines as the built-in memory device.<br><br>For example, the image processing subsystem of the TCL Mobile Device stores the image data in a local memory, the local memory is capable of storing at least the same number of lines of data from the frame as the buffer memory. |
| (8.3) sequentially reading a predetermined size of image block from said memory means to said built-in | The TCL Mobile Device sequentially reads a predetermined size of image block from the memory means to said built-in memory device when the image data output is determined to be compressed. |

| | |
|---|---|
| memory device when said image data output is determined to be compressed. | For example, when digital image data is to be encoded into JPEG compressed media, the image processing subsystem of the TCL Mobile Device reads the frame (or subset of a frame) from the local memory into the buffer memory so that the JPEG encoding function can perform JPEG encoding thereon. |

**References**

[1] TCL Palm Phone 2018 LTE US PVG100 (TCL Pepito) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14355&c=tcl_palm_phone_2018_lte_us_pvg100__tcl_pepito&d=detailed_specs

[2] TCL Trek HD LTE Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=8193&c=tcl_trek_hd_lte&d=detailed_specs