# Exhibit 10

**TCL Smartphones with AI Camera System and Algorithms**
**(Including models TCL 10 Pro and TCL 10L)**

**Infringement of the '147 patent**

| Claim 1 | Evidence |
|---|---|
| 1. A method of controlling exposure of a scene image comprising the steps of; | TCL Smartphones that include the AI Camera System perform a method of controlling exposure of a scene image.<br><br>For example, the smartphone includes a Scene Detection function to recognize many different types of scenes (e.g. objects in bright sunlight, in night-time scenes, in close proximity to the camera) and intelligently control the camera to produce photographs with optimal quality.<br><br>Features: Auto zoom, Google Lens, HDR, in-recording snapshots, Light Trace Mode, Panorama Mode, Portrait Mode, Pro Mode, photo filters, scene detection, Slow-Mo Video Mode, Stop-Motion Video Mo<br><br>[2] |
| (a) sensing a scene for image data including scene brightness data from at least a first set of a plurality of regions of the scene including a subject region; | The TCL Smartphone with the AI Camera System senses a scene for image data including scene brightness data from at least a first set of multiple regions of the scene including a subject region.<br><br>For example, in order to correctly alter the brightness to produce a photograph with optimal quality, the smartphone senses the brightness of various areas in a scene, which includes at least one area that has a subject. This ability aids the AI Camera System to automatically detect bright scenes such as beaches that may have people or animals as subjects, and less bright scenes such as sunrises and sunsets that typically have the sun and horizon as the subject.<br><br>**CAPTURE GREATNESS**<br><br>Enjoy video at its richest with HDR enhancement. Create stunning photos with a NXTVISION 64MP quad-camera system and an AI algorithm that automatically adjusts exposure and color for effortlessly perfect shots.<br><br>[3] |

1

| | |
|---|---|
| (b) deriving values representative of a brightness map of the scene in accordance with scene brightness data values corresponding to each of a first set of regions; | The TCL Smartphone with the AI Camera System derives values representative of a brightness map of the scene in accordance with scene brightness data values corresponding to each of a first set of regions.<br><br>For example, in order to correctly alter the brightness to produce an optimal photograph, the smartphone determines the brightness of the various areas in the scene, which are representative of a brightness map. The first image below was captured in Super Night Mode, whereby the smartphone detects the low light condition of the scene and properly exposes the image. In the second image that mode is disabled and the image is incorrectly exposed. Notice that the street light and adjacent walls in the first image (indicated by the red arrow) is correctly exposed so that details of the street light are shown (e.g. its shape), whereas in the second image the street light is over-exposed and the shape detail is not present.<br><br><br>[4] |



[4]

| (c) sensing the scene for image data including range data from at least a second set of regions in the scene; | The TCL Smartphone with the AI Camera System senses the scene for image data including range data from at least a second set of regions in the scene.<br><br>For example, in order to perform the Bokeh blur function in the Portrait Mode, the smartphone senses image range data from multiple areas of the image (e.g. foreground and background). In the image below, the person is in the foreground and the foliage is in the background. |
|---|---|

3



[4]

| (d) deriving values representative of a range map in accordance with range data values corresponding to each of the second set of regions and utilizing the values representative of a range map to determine a subject in the scene; and, | The TCL Smartphone with the AI Camera System derive values representative of a range map in accordance with range data values corresponding to each of the second set of regions and utilizing the values representative of a range map to determine a subject in the scene.<br><br>For example, the smartphone calculates range values to determine the foreground and background areas and determines a subject in the scene. For example, in the first image below with Bokeh enabled in Portrait Mode, the person in the foreground is identified as a subject and the foliage is identified as the background. In the second image Bokeh is disabled. Notice in the first image the Bokeh effect is applied to the trees in the background (indicated by the red arrow) so that the details of the trees are blurred, whereas in the second image the Bokeh effect is not applied and the tree detail remains. |

4



[4]



[4]

| (e) comparing the range map with the scene brightness map for determining a relationship between scene brightness and the subject brightness; and, | The TCL Smartphone with the AI Camera System compare the range map with the scene brightness map for determining a relationship between scene brightness and the subject brightness.<br><br>For example, as shown in the image below, the smartphone has correctly determined the relationship between the brightness of the street light and adjacent alley walls, which are the subject, and the backdrop, which includes the street and walls in the foreground. As a result, the image is correctly identified as a low light scene. |
| --- | --- |

6



[4]

| | |
|---|---|
| (f) controlling the exposure by controlling artificial illumination upon the scene, whereby a relationship of ambient and artificial illumination is generally obtained based on the relationship between scene brightness and the subject brightness. | The TCL Smartphone with the AI Camera System controls the exposure by controlling artificial illumination upon the scene, whereby a relationship of ambient and artificial illumination is generally obtained based on the relationship between scene brightness and the subject brightness.<br><br>For example, the result of scene recognition depends on the scene illumination as well as the location of the subject in the scene. The smartphone has a built-in flash, which in "Auto" mode automatically illuminates the subject, as needed, depending on the ambient lighting conditions of the scene. In the last image below, which was correctly identified as a low light scene, the AI Camera System chose not to fire the flash, as would normally happen when the camera is in Auto Mode and the scene is dark. Under other conditions, for example dark scenes where the subject is not illuminated (e.g. a person at night), the camera would fire the flash. |



[1]

8



[4]

**References**

[1] TCL 10 Pro – User Manual
https://dusermanual.com/wp-content/uploads/2020/05/T1-10-Pro-T799B-English-UM.pdf

[2] COMPARE TCL 10 MODELS
https://www.tclusa.com/products/mobile/comparison-chart

[3] TCL 10 PRO NXTVISION display + 64MP AI Quad Camera
https://www.tclusa.com/products/mobile/tcl-10-pro

[4] TCL 10 Pro review

9

https://www.techradar.com/reviews/tcl-10-pro-review

10