# Exhibit 16a

| Alcatel Mobile (TCL) Smartphones and Tablets (hereinafter Mobile Devices) - See product list at end of chart for models ||
|---|---|
| **Infringement of the '242 patent** ||
| **Claim 1** | **Evidence** |
| 1. A method of processing imaging signals, the method comprising: | The Alcatel Mobile Device performs a method of processing imaging signals.<br><br>For example, the Alcatel Mobile Device includes an image capturing subsystem, an image processing subsystem, and an interface subsystem connecting them. The image processing subsystem processes imaging signals that are received from the image capturing subsystem via the interface subsystem. |
| receiving image data from an imaging array; | The Alcatel Mobile Device receives image data from an imaging array.<br><br>For example, the image capturing subsystem includes a CMOS image sensor that includes an imaging array. The imaging array produces image data when exposed to an image. The interface subsystem of the Alcatel Mobile Device receives the image data from the imaging array. |
| storing the image data in a FIFO memory; | The Alcatel Mobile Device stores the image data in a FIFO memory.<br><br>For example, the interface subsystem includes a FIFO memory for storing image data. The image data received from the imaging array is stored in the FIFO memory by the interface subsystem. |
| updating a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes; | The Alcatel Mobile Device updates a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes;<br><br>For example, the interface subsystem includes a FIFO counter to maintain a count of the image data, or "fill level", that is stored in the FIFO memory. When a unit of image data is written to the FIFO memory, the count of the FIFO counter is incremented. When a unit of image data is read from the FIFO memory, the count of the FIFO counter is decremented. |
| comparing the count of the FIFO counter with a FIFO limit; | The Alcatel Mobile Device compares the count of the FIFO counter with a FIFO limit.<br><br>For example, the interface subsystem includes a FIFO limit which it compares to the FIFO count to determine if the amount of image data in the FIFO memory is at a "fill level" that will require the |

1

| | |
|---|---|
| | interface subsystem to take an action. |
| generating an interrupt signal to request a processor to transfer image data from the FIFO memory in response to an interrupt enable signal being valid and the count of the FIFO counter having a predetermined relationship to the FIFO limit; and | The Alcatel Mobile Device generates an interrupt signal to request a processor to transfer image data from the FIFO memory in response to an interrupt enable signal being valid and the count of the FIFO counter having a predetermined relationship to the FIFO limit.<br><br>For example, the interface subsystem includes a processor for performing operations to transmit image data to the image processing subsystem. The servicing of interrupts by the processor can be enabled or disabled. When the servicing of interrupts from the FIFO memory is enabled and the count of the FIFO counter has a predetermined relationship to the FIFO limit, the interface subsystem generates an interrupt signal. The interrupt signal represents a request for the processor to transfer image data from the FIFO memory. |
| transferring image data from the FIFO memory to the processor in response to the interrupt signal. | The Alcatel Mobile Device transfers image data from the FIFO memory to the processor in response to the interrupt signal.<br><br>For example, when the processor receives the interrupt signal, the processor transfers the image data from the FIFO memory to the processor, which transmits the image data to the image processing subsystem for processing. |

2

| **Alcatel Mobile (TCL) Smartphones and Tablets (hereinafter Mobile Devices) - See product list at end of chart for models** |  |
|---|---|
| **Infringement of the '242 patent** |  |
| **Claim 8** | **Evidence** |
| 8. A method of processing imaging signals, the method comprising: | The Alcatel Mobile Device performs a method of processing imaging signals.<br><br>For example, the Alcatel Mobile Device includes an image capturing subsystem, an image processing subsystem and an interface subsystem connecting them. The image processing subsystem processes imaging signals that are received from the image capturing subsystem via the interface subsystem. |
| receiving image data from an imaging array; | The Alcatel Mobile Device receives image data from an imaging array.<br><br>For example, the image capturing subsystem includes a CMOS image sensor that includes an imaging array. The imaging array produces image data when exposed to an image. The interface subsystem of the Alcatel Mobile Device receives the image data from the imaging array. |
| storing the image data in a FIFO memory; | The Alcatel Mobile Device stores the image data in a FIFO memory.<br><br>For example, the interface subsystem includes a FIFO memory for storing image data. The image data received from the imaging array is stored in the FIFO memory by the interface subsystem. |
| updating a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes; | The Alcatel Mobile Device updates a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes;<br><br>For example, the interface subsystem includes a FIFO counter to maintain a count of the image data, or "fill level", that is stored in the FIFO memory. When a unit of image data is written to the FIFO memory, the count of the FIFO counter is incremented. When a unit of image data is read from the FIFO memory, the count of the FIFO counter is decremented. |
| comparing the count of the FIFO counter with a FIFO limit; | The Alcatel Mobile Device compares the count of the FIFO counter with a FIFO limit.<br><br>For example, the interface subsystem includes a FIFO limit which it compares to the FIFO count to determine if the amount of image data in the FIFO memory is at a "fill level" that will require the interface subsystem to take an action. |

| | |
|---|---|
| generating, in response to the count of the FIFO counter having a predetermined relationship to the FIFO limit, a bus request signal to request a bus arbitration unit to grant access to an output bus; and | The Alcatel Mobile Device generates, in response to the count of the FIFO counter having a predetermined relationship to the FIFO limit, a bus request signal to request a bus arbitration unit to grant access to an output bus.<br><br>For example, the interface subsystem includes a bus arbitration unit and an output bus to which the image processing subsystem is connected. When the count of the FIFO counter has a predetermined relationship to the FIFO limit, the interface subsystem generates a bus request signal. The bus request signal represents a request for the bus arbitration unit to grant the interface subsystem access to the output bus. |
| transferring image data from the FIFO memory to the output bus in response to receiving a grant signal from the bus arbitration unit. | The Alcatel Mobile Device transfers image data from the FIFO memory to the output bus in response to receiving a grant signal from the bus arbitration unit.<br><br>For example, after the bus arbitration unit receives the bus request signal it generates a grant signal that gives the interface subsystem access to the output bus. Upon receiving the grant signal, the image data is transferred from the FIFO memory to the output bus for processing by the image processing subsystem. |

**Product List**

**Smartphones:**
Alcatel 1S 2019 Dual SIM LTE LATAM 5024J (TCL 5024)
Alcatel One Touch Pop 4 Plus Dual SIM LTE AM 5056E / Pop 4+ (TCL 5056)
Alcatel 3x 2019 LTE AM 5048A (TCL Venice)
Alcatel Onyx LTE US 5008R (TCL 5008)
Alcatel Tetra LTE US 5041C (TCL 5041)
Alcatel LX LTE NA / TracFone LX (TCL A502DL)
Alcatel One Touch Idol 5 LTE US 6060C (TCL Simba6)
Alcatel 7 LTE AM 6062W (TCL 6062)
Alcatel 1X LTE NA 5059A (TCL AU5A Plus)

4

Alcatel 3V LTE AM 5099A (TCL A3A XL 4G)
Alcatel 5 Dual SIM LTE AM 5086A (TCL A5A Infinity)
Alcatel One Touch Pixi Unite A466BG
Alcatel Verso LTE
Alcatel A5 LED Dual LTE 5085N
Alcatel A30 Fierce LTE 5049Z
Alcatel A30 Plus LTE 5049S
Alcatel A50 LTE 5085G
Alcatel One Touch Idol 5S TD-LTE AM 6060S (TCL Simba6)
Alcatel PULSEMIX LTE
Alcatel One Touch Idol 4S with Windows 10 6071w
Alcatel One Touch Ideal LTE NA 4060A
Alcatel One Touch Idol 4 LTE 6055U
Alcatel One Touch Fierce XL LTE Windows 10
Alcatel One Touch Pixi 4 6.0 LTE NA 9001A 16GB / Pixi Theatre

**Tablets:**
Alcatel Smart Tab 7 2019 WiFi 8051 (TCL Hulk)
Alcatel 3T 10 Tablet 4G LTE
Alcatel 3T 8 Tablet 4G LTE US 9027W (TCL 9027)
Alcatel A30 Tablet 4G LTE 9024W

**References**

[1] Alcatel 1S 2019 Dual SIM LTE LATAM 5024J (TCL 5024) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=17004&c=alcatel_1s_2019_dual_sim_lte_latam_5024j__tcl_5024&d=detailed_specs

[2] Alcatel One Touch Pop 4 Plus Dual SIM LTE AM 5056E / Pop 4+ (TCL 5056) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=16983&c=alcatel_one_touch_pop_4_plus_dual_sim_lte_am_5056e__pop_4plus__tcl_5056&d=detailed_specs

5

[3] Alcatel 3x 2019 LTE AM 5048A (TCL Venice) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=16107&c=alcatel_3x_2019_lte_am_5048a__tcl_venice&d=detailed_specs

[4] Alcatel Onyx LTE US 5008R (TCL 5008) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14767&c=alcatel_onyx_lte_us_5008r__tcl_5008&d=detailed_specs

[5] Alcatel Tetra LTE US 5041C (TCL 5041) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14622&c=alcatel_tetra_lte_us_5041c__tcl_5041&d=detailed_specs

[6] Alcatel LX LTE NA / TracFone LX (TCL A502DL) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14608&c=alcatel_lx_lte_na__tracfone_lx__tcl_a502dl&d=detailed_specs

[7] Alcatel One Touch Idol 5 LTE US 6060C (TCL Simba6) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14197&c=alcatel_one_touch_idol_5_lte_us_6060c__tcl_simba6&d=detailed_specs

[8] Alcatel 7 LTE AM 6062W (TCL 6062) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13925&c=alcatel_7_lte_am_6062w__tcl_6062&d=detailed_specs

[9] Alcatel 1X LTE NA 5059A (TCL AU5A Plus) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13468&c=alcatel_1x_lte_na_5059a__tcl_au5a_plus&d=detailed_specs

[10] Alcatel 3V LTE AM 5099A (TCL A3A XL 4G) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13429&c=alcatel_3v_lte_am_5099a__tcl_a3a_xl_4g&d=detailed_specs

[11] Alcatel 5 Dual SIM LTE AM 5086A (TCL A5A Infinity) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13129&c=alcatel_5_dual_sim_lte_am_5086a__tcl_a5a_infinity&d=detailed_specs

[12] Alcatel One Touch Pixi Unite A466BG Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=13017&c=alcatel_one_touch_pixi_unite_a466bg&d=detailed_specs

[13] Alcatel Verso LTE Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=12850&c=alcatel_verso_lte&d=detailed_specs

[14] Alcatel A5 LED Dual LTE 5085N Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=12333&c=alcatel_a5_led_dual_lte_5085n&d=detailed_specs

[15] Alcatel A30 Fierce LTE 5049Z Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=12096&c=alcatel_a30_fierce_lte_5049z&d=detailed_specs

[16] Alcatel A30 Plus LTE 5049S Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11914&c=alcatel_a30_plus_lte_5049s&d=detailed_specs

[17] Alcatel A50 LTE 5085G Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11913&c=alcatel_a50_lte_5085g&d=detailed_specs

[18] Alcatel One Touch Idol 5S TD-LTE AM 6060S (TCL Simba6) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11906&c=alcatel_one_touch_idol_5s_td-lte_am_6060s__tcl_simba6&d=detailed_specs

[19] Alcatel PULSEMIX LTE Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11837&c=alcatel_pulsemix_lte&d=detailed_specs

[20] Alcatel One Touch Idol 4S with Windows 10 6071w Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=10944&c=alcatel_one_touch_idol_4s_with_windows_10_6071w&d=detailed_specs

[21] Alcatel One Touch Ideal LTE NA 4060A Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=10747&c=alcatel_one_touch_ideal_lte_na_4060a&d=detailed_specs

[22] Alcatel One Touch Idol 4 LTE 6055U Detailed Tech Specs

http://phonedb.net/index.php?m=device&id=10542&c=alcatel_one_touch_idol_4_lte_6055u&d=detailed_specs

[23] Alcatel One Touch Fierce XL LTE Windows 10 Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=9763&c=alcatel_one_touch_fierce_xl_lte_windows_10&d=detailed_specs

[24] Alcatel One Touch Pixi 4 6.0 LTE NA 9001A 16GB / Pixi Theatre Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=9617&c=alcatel_one_touch_pixi_4_6.0_lte_na_9001a_16gb__pixi_theatre&d=detailed_specs

[25] Alcatel Smart Tab 7 2019 WiFi 8051 (TCL Hulk) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=16105&c=alcatel_smart_tab_7_2019_wifi_8051__tcl_hulk&d=detailed_specs

[26] Alcatel 3T 10 Tablet 4G LTE Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=15104&c=alcatel_3t_10_tablet_4g_lte&d=detailed_specs

[27] Alcatel 3T 8 Tablet 4G LTE US 9027W (TCL 9027) Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=14443&c=alcatel_3t_8_tablet_4g_lte_us_9027w__tcl_9027&d=detailed_specs

[28] Alcatel A30 Tablet 4G LTE 9024W Detailed Tech Specs
http://phonedb.net/index.php?m=device&id=11489&c=alcatel_a30_tablet_4g_lte_9024w&d=detailed_specs