IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cedar Lane Technologies Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:20-cv-00836-CFC |
| TCL Communication Inc., | ) ) ) |
| Defendants. | ) ) ) |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND WAIVER OF FOREIGN SERVICE

Plaintiff, Cedar Lane Technologies Inc., respectfully moves that the deadline for the Defendant, TCL Communication Inc. ("TCL"), to move, answer, or otherwise respond to the Complaint is extended until **October 13, 2020**. The undersigned counsel for Plaintiff has been in contact with Johnny Wu, TCL's in-house representative, who has agreed to this extension. The Waivers of Summons were signed on July 14, 2020.

**Dated**: July 15, 2020

Respectfully submitted,

*/s/ Raeann Warner*
Raeann Warner (No. 4931)
**Jacobs & Crumplar PA**
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
raeann@jcdelaw.com

**Counsel for Plaintiff**
**Cedar Lane Technologies, Inc.**